Ck. #108

~~Lgr #150789~~ #150789

Date: 08/17/10

**DIVIDENDS REMITTED TO THE COURT**

Check Number 108 Dated 08/17/10

Case Number 05-23210 - BROWN, EDWIN O JR.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **FIRSTMERIT BANK NA**<br>**III CASCADE PLAZA CAS36**<br>**AKRON, OH 44308**<br>(1-1) 4751009416 C/O DDA | **000001** | **112.22** | **4.28** |
| **UCB, Inc.**<br>**5620 Southwyck Blvd., Suite 206**<br>**P. O. Box 140190**<br>**Toledo, OH 43614**<br>12483144 | **000004** | **119.31** | **4.54** |
| ----------- Remittance Total --------------- | | **231.53** | **8.82** |

DAVIS, STEVEN S., Trustee

FILED
2010 AUG 17 PM 3: 32
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND